UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CHIVENSON MONDESIR,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; TODD BLANCHE, Attorney General of the United States, U.S. Department of Justice,

Respondents.

Case No.: 3:26-cv-05706-LEK-DEB

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Chivenson Mondesir ("Petitioner") filed a Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory and Injunctive Relief ("Petition") on October 6, 2026. [Dkt. no. 1.] On October 16, 2026, this Court issued an order granting the Petition in part ("10/16 Order"). [Dkt. no. 6.] The 10/16 Order directed the respondents, identified in the Petition as Christopher LaRose, Warden, Otay Mesa Detention Center; Markwayne Mullin, Secretary, U.S. Department of Homeland Security ("DHS"); David J. Venturella, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement ("ICE"); and Todd Blanche, Attorney General of the United States, U.S. Department of Justice

("Respondents") to release Petitioner consistent with the terms of the 10/16 Order. [Id. at 5.]

On October 19, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 7.] The parties report that Petitioner was released from custody on October 17, 2026. See id. at 1.

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 10/16 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 6, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**CHIVENSON MONDESIR VS. CHRISTOPHER LAROSE ET AL.; CASE NO. 3:26-CV-05706-LEK-DEB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**